JPML FORM 1A                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 345 -- IN RE TECHNICARE CORPORATION SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 4/5/78 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SERVICE, EXHIBITS ,B,C,D,&E DEFENDANTS TECHNICARE CORP., RICHARD S. GRIMM, WILLIAM A. MILLER AND JOSEPH W. POWELL, JR. WILLIAM R. ~~XXXXXXXX~~ CARLSON  SUGGESTED TRANSFEREE DISTRICT: SOUTHERN DISTRICT OF NEW YORK ~~XXXXXXXXXXXXXXXXXXXXXXXXX~~ OR NORTHERN DISTRICT OF OHIO  SUGGESTED TRANSFEREE JUDGE: |
| 4/12/78 | | ORDER -- AMENDING HEARING ORDER FILED 4/7/78 and adding A-1, A-2, A-3, A-4 for hearing April 28, 1978, Philadelphia, Pa. |
| 4/17/78 | | APPEARANCES -- ROBERT B. McCAW, ESQ. for Richard S. Grimm, William A. Muller, Joseph W. Powell, Jr., William R. Carlson  ARTHUR N. ABBEY, ESQ. for Stewart and Ina Wein  A. ARNOLD GERSHON, ESQ. for Edmund Masri  HERBERT E. MILSTEIN, ESQ. for A. David Moore, Jr. (cds) |
| 4/20/78 | 2 | JOINT RESPONSE -- Plaintiffs Edmund Masri, A. David Moore, Jr., and Stewart and Ina Wein w/cert. of svc. (ea) |
| 4/24/78 | | ORDER CONTINUING APRIL 28, 1978 HEARING IN PHILADELPHIA, PA -- Notified Involved Counsel (cds) |
| 4/24/78 | | APPEARANCE -- I. STEPHEN RABIN, ESQ. for Constantine Galesi (cds) |
| 4/25/78 | | APPEARANCE -- DOUGLAS V. RIGLER, ESQ. for Technicare Corp. (rew) |
| 5/1/78 | | HEARING ORDER -- setting A-1, A-2, A-3 and A-4 for hearing in Phil., Pa. on May 26, 1978. (ea) |
| 5/12/78 | | LETTER/RESPONSE -- Plaintiff Galesi -- (cds) |
| 5/19/78 | | WAIVER OR ORAL ARGUMENT -- ~~Plaintiffs Moore, Masri, Stewart and Ina Wein -- for hearing held in Philadelphia, Pa. on 5/26/78. (ea)~~ Technicare Corp, Grimm, Powell, Miller and Carlson -- for hearing held in Philadelphia, Pa. on May 26, 1978. (ea) |
| 5/23/78 | | WAIVER OF ORAL ARGUMENT -- Plaintiffs Moore, Masri, Stewart and Ina Wein -- for hearing held in Philadelphia, Pa. on 5/26/78. (ea) |
| 5/25/78 | | WAIVER OF ORAL ARGUMENT -- plaintiffs Galesi (rew) |
| 6/12/78 | | TRANSFER ORDER -- transferring A-1 to be consolidated or coordinated pretrial proceedings in the N. D. Ohio. (ea) |
| 6/12/78 | | CONSENT OF TRANSFEREE COURT -- assigning litigation to the Honorable John M. Manos for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (ea) |

JPML Form 1    TRANSFER ORDER FILED 6/12/78

DOCKET NO. 345 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE TECHNICARE CORPORATION SECURITIES LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) 5/26/78

Consolidation Ordered 6/12/78          Consolidation Denied _____

Opinion and/or Order _____

Citation _____

Transferee District  N. D. OHIO            Transferee Judge  JOHN M. MANOS

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Constantine Galesi v. Richard S. Grimm, et al. | S.D.N.Y. Owen | 78 Civ 393 | 6/12/78 | C-78-741 | 8/19/81 | |
| A-2 | Edward Masri, etc. v. Richard S. Grimm, et al. | N.D. Ohio Manos | C78-129 | | | 8/19/81 | |
| A-3 | A. David Moore, Jr., v. Richard S. Grimm et al. | N.D. Ohio Manos | C78-214 | | | 8/19/81 | |
| A-4 | Stewart and Ina Wein, etc. v. Technicare Corp., et al. | N.D. Ohio Manos | C78-234 | | | 8/19/81 | |

*July 1979 — 1 JR; 3×2 — 4 Pag*
*July 1980 — Same*
*July 1981 — Same*
*July 1982 — Closed*

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 345 -- IN RE TECHNICARE CORPORATION LITIGATION

CONSTANTINE GALESI (A-1)
I. Stephen Rabin, Esquire
Rabin & Silverman
80 Broad Street
New York, New York  10004

EDMUND MASRI (A-2)
A. Arnold Gershon, Esquire
Milberg, Weiss, Bershad
  & Specthrie
One Pennsylvania Plaza
New York, New York  10001

DAVID MOORE, JR. (A-3)
Herbert E. Milstein, Esquire
Kohn, Milstein & Cohen
1776 K Street, N.W., Suite 708
Washington, D.C.  20006

STEWART AND INA WEIN (A-4)
Arthur N. Abbey, Esquire
212 East 39th Street
New York, New York  10016

RICHARD S. GRIMM
JOSEPH W. POWELL JR.
WILLIAM R. CARLSON
WILLIAM A. MILLER
Robert B. McCaw Esquire
Wilmer, Cutler & Pickering
1666 K Street, N.W.
Washington, D.C.  20006

TECHNICARE CORPORATION
Douglas V. Rigler, Esq.
Foley & Lardner
1775 Pennsylvania Ave., N.W.
Washington, D.C.  20006

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __345__ -- IN RE TECHNICARE CORPORATION SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| RICHARD S. GRIMM | A-1   A-2   A-3 |
| JOSEPH W. POWELL, JR. | A-1   A-2   A-3 |
| WILLIAM R. CARLSON | A-1 |
| TECHNICARE CORPORATION | A-1   A-2   A-3   A-4 |
| WILLIAM A. MILLER | A-2   A-3 |
| | |
| | |
| | |
| | |
| | |
| | |

p. __1__