DOCKET NO. 345

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUN 12 1978

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TECHNICARE CORPORATION SECURITIES LITIGATION

TRANSFER ORDER

It appearing that all parties to the actions listed on the attached Schedule A agree on the desirability of or do not oppose transferring, pursuant to 28 U.S.C. §1407, the action pending in the Southern District of New York to the Northern District of Ohio for coordinated or consolidated pretrial proceedings with the actions pending in that district, and the Panel having found upon consideration of the papers submitted that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation,

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Southern District of New York be, and the same hereby is, transferred to the Northern District of Ohio and, with the consent of that court, assigned to the Honorable John M. Manos for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

John Minor Wisdom
Chairman

DOCKET NO. 345
Schedule A

| NORTHERN DISTRICT OF OHIO | Civil Action No. |
|---|---|
| Edward Masri, etc. v. Richard S. Grimm, et al., | C78-129 |
| A. David Moore, Jr. v. Richard S. Grimm, et al. | C78-214 |
| Stewart and Ina Wein, etc. v. Technicare Corp., et al. | C78-234 |

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Constantine Galesi v. Richard S. Grimm, et al. | 78-Civ.-393 |

